# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Aero Express, Inc. | ) | |
| | ) | |
| Plaintiff (s) | ) | |
| vs. | ) | Civil No. 05-0061-CV-W-DW |
| | ) | |
| Gregg Elkins | ) | |
| | ) | |
| | ) | |
| Defendant (s) | ) | |

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_ Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

**ORDERED that :** the Plaintiff's Motion for Summary Judgmetn (Doc. 40) is **GRANTED.** Defendant's counterclaim is dismissed.

                                              PATRICIA L. BRUNE, CLERK

Date: December 5, 2006              By:     /s/ Y. Johnson
                                                    Deputy Clerk