# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| AERO EXPRESS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-0061-CV-W-DW |
| | ) |
| GREGG ELKINS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff Aero Express, Inc. and Defendant Gregg Elkins' Stipulation of Dismissal with Prejudice. (Doc. 51). Pursuant to the stipulation, this case is DISMISSED WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Date:   May 10, 2007                                            /s/ DEAN WHIPPLE
                                                                              Dean Whipple
                                                                              United States District Judge